# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Robert E Denver,**<br><br>     Debtor.<br><br>**PNC Bank, National Association,**<br><br>     Movant,<br><br>          v.<br><br>**Robert E Denver,**<br><br>     Debtor/Respondent,<br><br>**KENNETH E. WEST,**<br><br>     Trustee/Respondent. | **Bankruptcy No. 24-14206-djb**<br><br>**Chapter 13**<br><br>**Hearing Date: February 5, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Hearing Location: 900 Market Street,**<br>**Suite 201 Philadelphia, PA 19107**<br>**Courtroom Number #2** |

### MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT PNC BANK, NATIONAL ASSOCIATION FORECLOSURE OF 2331 EMERSON ST PHILADELPHIA PA 19152

PNC Bank, National Association ("Movant"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code ("Code") for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. Robert E Denver ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on November 22, 2024.

2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On November 1, 2007, Robert E Denver executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $79,500.00 in favor of National City Bank. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The Mortgage was recorded December 14, 2007, at Instrument number 51824590 of the Public Records of City of Philadelphia, PA. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

5. The Mortgage was secured as a lien against the real property located at 2331 Emerson Street, Philadelphia, PA 19152 (the "Property").

6. The parties entered into a Loan Modification ("Agreement") on March 6, 2014, creating a new principal balance of $80,313.64. A true and correct copy of the Agreement is attached hereto as Exhibit "C".

7. PNC Bank, National Association services the underlying mortgage loan and note for the property referenced in this motion for (Movant). In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

8. Based upon the Debtor(s)' Third Amended Chapter 13 Plan ("Plan") (at Docket No. 33), the Debtor intends to cure pre-petition payment arrears due to Movant through the Chapter 13 Plan and remains responsible for remitting all post-petition payments directly to

Movant. A true and correct copy of the Third Amended Chapter 13 Plan is attached hereto as Exhibit "D".

9. Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $335.87 which came due on November 24, 2024, through November 24, 2025 respectively.

10. Thus, Debtor(s)' post-petition arrears total $4,366.31 through November 30, 2025. By the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the cure period alleged above. In addition, as this Motion for Relief is timely filed, if applicable, Debtor shall be responsible for related legal fees and costs in prosecution of this action.

11. Currently, the unpaid principal balance due under the loan documents is $65,272.65. Movant's total claim amount, itemized below, is $72,550.57. *see* Exhibit "E".

| Principal Balance | $65,272.65 |
|---|---|
| Interest 12/01/2025 | $7,277.92 |
| Total Payoff | $72,550.57 |

12. Debtor(s)' docketed schedules list the value of the Property as $228,880.00. A true and accurate copy of Debtor(s) Schedule A/B is attached hereto as Exhibit "F".

13. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause", which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where Debtor(s) have no assets or equity in the mortgaged property.

14. As set forth herein, Debtor defaulted on the instant secured obligation by failing to tender

monthly post-petition installment payments when they became due.

15. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

16. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.

17. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit PNC Bank, National Association to take any and all steps necessary to exercise any and all rights it may have in the collateral property described herein, gain possession of said collateral property, seek recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable Court deems just and appropriate.

Date: January 12, 2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Jordan Katz

24-14206-djb
24-264571
MFR

Jordan Katz, Esquire
PA Bar Number 334053
Email: jkatz@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In re:<br>Robert E Denver, | CHAPTER: | 13 |
|---|---|---|
| Debtor(s) | CASE NO. | 24-14206-djb |

## VERIFICATION

Property Address:
2331 Emerson Street, Philadelphia, PA 19152

Mortgage Servicer:
PNC Bank, National Association

Post-petition mailing address for Debtor(s) to send payment:
PNC Bank
Attn: Payment Services
3232 Newmark Drive
Miamisburg, OH 45342

Mortgagor(s)/Debtor(s):
Robert E Denver

Payments are contractually due:

☒ Monthly   ☐ Semi-monthly   ☐ Bi-weekly   ☐ Other

Each Monthly Payment is comprised of:
Principal and Interest.....    $335.87
R.E. Taxes......................    $0.00
Insurance.......................    $0.00
Late Charge....................    $0.00
Other.............................    $0.00      (Specify: Enter text)
**TOTAL**........................    $335.87

**POST-PETITION PAYMENTS** (Petition was filed on November 22, 2024)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| Arrears Due | $0.00 | $335.87 | 11/24/2024 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 12/24/2024 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 1/24/2025 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 2/24/2025 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 3/24/2025 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 4/24/2025 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 5/24/2025 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 6/24/2025 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 7/24/2025 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 8/24/2025 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 9/24/2025 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 10/24/2025 | $0.00 | N/A |
| Arrears Due | $0.00 | $335.87 | 11/24/2025 | $0.00 | N/A |
| Total | $0.00 | $4,366.31 | | $0.00 | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 13 as of December 1, 2025.
TOTAL AMOUNT OF POST-PETITION ARREARS: $4,366.31 as of December 1, 2025.

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746 that the statements in the foregoing Pleading are true and correct to the best of my information, knowledge and belief.

Dated: **January 5, 2026**

**PNC Bank, National Association**
Mortgage Company

**Aimee D. Sumitra - Authorized Signer**
(Print Name and Title)

**Brecksville, Ohio**
Location

Signature

24-14206-djb
24-264571
MFR